Name, Address and Telephone Number of Attorney(s):

S. Shane Sagheb (SBN 109878)
Sagheb Law & Mediation Services, a professional corporation
5950 Canoga Ave., Suite 130
Woodland Hills, CA  91367          818.489.1511

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HIRUT DEMOZE | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-00450-MWF-JCx |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | **MEDIATION REPORT** |
| Defendant(s). | |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): November 9, 2021 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).
   
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on November 9, 2021 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: November 9, 2021

/s/ S. Shane Sagheb
Signature of Mediator

S. Shane Sagheb
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

ADR-03 (10/19)        **MEDIATION REPORT**        Page 1 of  1