UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    2:21-cv-00450-MWF-JC                              Dated: November 12, 2021

Title:      Hirut Demoze et al v. JPMorgan Chase Bank, N.A. et al

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                  None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

In light of the Notice of Settlement filed November 9, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for December 20, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                          Initials of Deputy Clerk    rs
CIVIL - GEN