Jihad M. Smaili (SBN 262219)
Noor Kurdi (SBN 304220)
**Smaili & Associates, PC**
600 West Santa Ana Boulevard, Suite 202
Santa Ana, CA 92701
Tel: (714) 547-4700
Fax: (714) 547-4710

Jamie Rudman (SBN 166727)
  rudman@sanchez-amador.com
Maksimilian V. Sklyarov (SBN 328660)
  sklyarov@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant JPMorgan Chase Bank, N.A., *erroneously sued as* J.P. Morgan Chase National Corporate Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HIRUT DEMOZE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00450-MWF-JC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION**<br><br><br><br>Action filed:  October 01, 2020<br>Trial date:     May 03, 2022 |

Pursuant to Federal Rules of Civil Procedure Rule 41, Plaintiff Hirut Demoze and Defendant JPMorgan Chase Bank, N.A. *erroneously sued as* J.P. Morgan Chase National Corporate Services, Inc. ("Chase") (collectively, the "Parties") hereby stipulate to and request that the above-captioned case be dismissed in its entirety with prejudice, with each party to bear its own attorney fees and costs.

390292.1

1 | IT IS SO STIPULATED.

3 | DATED: November _9__, 2021    SMAILI & ASSOCIATES, P.C.

*Jihad Smaili*
Jihad M. Smaili
Noor Kurdi
Attorneys for Plaintiff, Hirut Demoze

DATED: December 10, 2021    SANCHEZ & AMADOR, LLP

*Maksimilian Sklyarov*
Jamie Rudman
Maksimilian V. Sklyarov
Attorneys for Defendant JPMorgan Chase Bank, N.A., *erroneously sued as* J.P. Morgan Chase National Corporate Services, Inc.

## **ORDER**

Pursuant to the request filed by the Parties under Federal Rules of Civil Procedure Rule 41 and good cause appearing therefore, the Court orders as follows: The entire action is hereby dismissed.

IT IS SO ORDERED.

Dated: _____

                                                                       Hon. Michael W. Fitzgerald
                                                                       Judge, United States District Court