1

2

3

4

5

6

7

8

JS-6

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 HIRUT DEMOZE, an individual;

   Case No. CV 21-450-MWF (JCx)

13    Plaintiff,

   **ORDER RE STIPULATED**
   **REQUEST FOR DISMISSAL OF**
14  v.
   **ENTIRE ACTION**

15 J.P. MORGAN CHASE NATIONAL
 CORPORATE SERVICES, INC., a
16 corporate entity form unknown; and
 DOES 1-50, inclusive,

17

18    Defendants.

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Pursuant to the request filed by the Parties under Federal Rules of Civil Procedure Rule 41 and good cause appearing therefore, the Court ORDERS as follows: The entire action is hereby dismissed.

IT IS SO ORDERED.

Dated:    December 14, 2021

MICHAEL W. FITZGERALD
United States District Judge